UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE H. SCHAEFFER and BARBARA J. SCHAEFFER, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> Defendants. | Case No. 4:17-cv-00262-BLW <br><br> MEMORANDUM DECISION AND ORDER |

On December 22, 2017, United States Magistrate Judge Candy Dale issued a Report and Recommendation (Dkt. 23), recommending that Defendants' Motion to Dismiss (Dkt. 13) be granted. Any party may challenge a magistrate judge's proposed recommendation by filing written objections within fourteen days after being served with a copy of the Magistrate Judge's Report and Recommendation. See 28 U.S.C. § 636(b)(1)(C). The district court must then "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the Magistrate Judge. Id.; see also Fed. R. Civ. P. 72(b).

In this case, neither party objected to Magistrate Judge Dale's R&R, and the deadline for filing such objections has passed. Accordingly, the Court need not make a *de novo* review of any portions of the R&R. Nevertheless, the Court has reviewed the entire decision, and determined that it will accept the R&R in whole, and adopt it as its own findings and conclusions.

## ORDER

**IT IS ORDERED:**

1. The Report and Recommendation entered on December 22, 2017 (Dkt. 23) shall be, and is hereby, INCORPORATED by reference and ADOPTED in its entirety.
2. Defendants' Motion to Dismiss (Dkt. 10) is **GRANTED**.
3. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: March 12, 2018

B. Lynn Winmill
Chief U.S. District Court Judge