UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE H. SCHAEFFER and BARBARA J. SCHAEFFER, | Case No. 4:17-cv-00262-BLW |
| | JUDGMENT |
| Plaintiff, | |
| v. | |
| JP MORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of Defendants, and that this case be dismissed in its entirety.

DATED: March 12, 2018

B. Lynn Winmill
Chief U.S. District Court Judge